THE PEOPLE OF STATE OF NEW YORK, Respondent, *v.* WILLIAM R. PATRICK DOYLE, Appellant.

Submitted November 26, 1951; decided November 29, 1951.

*Clare J. Hoyt, District Attorney (James P. Cassidy* of counsel), for motion.

*Edward J. Fontana* opposed.

Motion to dismiss appeal granted and appeal dismissed.

Motion for enlargement of the time within which to argue the above-entitled appeal denied. [See 303 N. Y. 747, 771; 304 N. Y. 120.]